In The United States District Court for the Northern District of Tulsa.

Brian Wayne Patterson, Plaintiff
vs.

16 CV - 5 CVE - TLW

FILED
JAN 6 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Tulsa Police Department, etc.
Sheriff Tulsa County, etc.
Tim Buckner, Tulsa pd;
Travis Helm, Tulsa pd;
Matthew Frazier, Tulsa pd;
Tulsa District Attorney's, State of Oklahoma
Doug Drummond, ADA;
District Attorney, Tulsa County etc;
Tulsa Public Defenders, State of Oklahoma; etc
Lora Smart, public Defender;
Julie Ball, public Defender;
Alex Brambett, public Defender;
Bryan Rayl, public Defender;
Dan Good, public Defender;
Stuart Erickson, ADA;
Nick Codding, ADA;
State of Oklahoma, County of Tulsa, etc
Defendants

Complaint To Chief Judge

Comes now the plaintiff, pro se, with mental disorders and impairments, disabilities and makes this complaint to the Chief Judge

(1)

1. December 2013 The Tulsa Police Dept. personal Body slammed me, kicked me, Beat me, and stomped me! Dragged me, Maced me, Handcuffed me too tight causing severe pain and body injury.

2. December 2013 – January 2014 "my public Defenders filed complaints over all this to the sheriff of Tulsa. None of which is Answered or Replied to.

3. There at all times is And at all times A conspiracy against me! A cover up!

4. Defendant Fail and Refuse to Answer or Reply to any of my correspondance, complaints, or request.

I will seek compensatary and punitive Damages when the time is right to do so as soon hereafter that Defendants will Respond and Reply to my Request and complaints

(2)

Please send me an In Former Pauperis Form

Respectlly submitted,

Date: 12/21/15

Brian Wayne Patterson  #265466
Jccc - Unit 5 North
216 N. Murray Street
Helena, Okla. 73741-1017


Clerk
United States District Court
Northern Distric Oklahoma
US Court House
333 W. 4th Street Rom 411
Tulsa, Ok. 74103

Brian W. Patterson

Darren K. Gipson Notary
12-21-15



(3)



Brian W. Patterson
#265446
216 n. murry st.
Helena, ok 75741

OKLAHOMA CITY OK 730
04 JAN 2016 PM 6 L

Post Marked
1/4/16 9p

RECEIVED
JAN 06 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

JCC MAIL Att. clerk
United States District Court
Northern District Oklahoma
U.S. Court House    Room 411
333 w. 4th st.
Tulsa, ok
74103-3819

LEGAL MAIL